**SO ORDERED.**

**SIGNED this 21st day of September, 2016.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | | | |
|---|---|---|---|---|
| In Re: | ) | | | |
| | ) | | | |
| LEWIS, LEE NATHANIEL | xxx-xx-2440 ) | | | |
| 209 CORLISS STREET | ) | No: | 16-10269 | C-13G |
| GREENSBORO, NC 27406 | ) | | | |
| | ) | | | |
| Debtor | ) | | | |

## ORDER

     This matter coming before the Court upon the motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtor, for an Order to be entered increasing the arrearage claim of The Bank of New York Mellon Trust Company, N.A. by $2,106.57 to include the April 2016, May 2016 and June 2016 monthly mortgage payments in the arrearage claim without prejudice to an objection being filed to the mortgage claim of The Bank of New York Mellon Trust Company, N.A.; and there being no filed objection to the Motion within the time period set forth in the Notice issued on August 4, 2016 by the Clerk of Court setting September 6, 2016 as the deadline for filing objections to the motion and the Court, after considering the motion, finds the motion should be allowed; therefore, it is

     ORDERED, that the arrearage claim of The Bank of New York Mellon Trust Company, N.A. is increased by $2,106.57 to include the April 2016, May 2016 and June 2016 monthly mortgage payments in the arrearage claim without prejudice to an objection being filed to the mortgage claim of The Bank of New York Mellon Trust Company, N.A.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
16-10269 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

LEE NATHANIEL LEWIS
209 CORLISS STREET
GREENSBORO, NC 27406

PHILLIP E BOLTON ESQ
P O BOX 10247
GREENSBORO, NC 27404-0247

THE BANK OF NEW YORK MELLON TRUST COMPANY NA
% OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 24605
WEST PALM BEACH, FL 33416−4605

ROBERTSON ANSCHUTZ & SCHNEID PL
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

ATTN MANAGING AGENT **(Not on Matrix)**
THE BANK OF NEW YORK MELLON TRUST COMPANY NA
% OCWEN LOAN SERVICING, LLC
P.O. BOX 24605
WEST PALM BEACH, FL 33416−4605